**Maria E. WILLIAMS, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2007–3021.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2006.

Maria E. Williams, pro se.

### ORDER

Order Vacated, See 2006 WL 3923001.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ed DONOVAN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2007–3028.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2006.

Ed Donovan, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.